Commonwealth *v.* Kerr, Appellant.

Submitted November 17, 1975. *Harry E. Knafelc*, Assistant Public Defender, for appellant; *Joseph M. Stanichak*, Assistant District Attorney, and *Joseph S. Walko*, District Attorney, for Commonwealth, appellee.

Judgments of sentence affirmed.